U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 0 7 2017

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RODERICK SANDERS, Plaintiff | CIVIL ACTION NO. 1:17-CV-00898; SEC. P |
| VERSUS | JUDGE DRELL |
| CITY OF WINNFIELD, Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendant Roderick Sanders's Motion to Dismiss (Doc. 8) is GRANTED IN PART, and Sanders's claims arising under the laws and Constitution of the United States are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that any remaining claims arising under the laws of the State of Louisiana are REMANDED to the Eight Judicial District Court for the Parish of Winn, State of Louisiana.

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 7th day of November, 2017.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT